1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

LAWRENCE L. THOMPSON

                              Defendant.

NO. MJ14-262

DETENTION ORDER

14

15

16

17

18

Offenses charged:

        Count 1:     Felon in Possession of a Firearm as an Armed Career Criminal

        Count 2:     Possession of Methamphetamine with Intent to Distribute

        Count 3:     Felon in Possession of Ammunition as an Armed Career Criminal

19

Date of Detention Hearing:  July 10, 2014.

20

        The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

21

based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

22

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

23

24

25

        1.     Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

               defendant is a flight risk and a danger to the community based on the nature of

               the pending charges.  Application of the presumption is appropriate in this case.

26

        2.     Defendant has on-going serious substance abuse issues.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

1    3.      Defendant has on-going serious mental health difficulties.

2    4.      Defendant has multiple convictions for gun-related crimes.

3    5.      There are no conditions or combination of conditions other than detention that

4        will reasonably assure the appearance of defendant as required or ensure the

5        safety of the community.

6  IT IS THEREFORE ORDERED:

7  (1)    Defendant shall be detained and shall be committed to the custody of the

8      Attorney General for confinement in a correction facility separate, to the extent

9      practicable, from persons awaiting or serving sentences or being held in custody

10     pending appeal;

11  (2)   Defendant shall be afforded reasonable opportunity for private consultation with

12     counsel;

13  (3)   On order of a court of the United States or on request of an attorney for the

14     government, the person in charge of the corrections facility in which defendant

15     is confined shall deliver the defendant to a United States Marshal for the

16     purpose of an appearance in connection with a court proceeding; and

17  (4)   The Clerk shall direct copies of this Order to counsel for the United States, to

18     counsel for the defendant, to the United States Marshal, and to the United States

19     Pretrial Services Officer.

20  DATED this 10th day of July, 2014.

JAMES P. DONOHUE
United States Magistrate Judge

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 2